United States District Court
For the Northern District of California

1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    U2 HOME ENTERTAINMENT, INC. d/b/a
     CENTURY HOME ENTERTAINMENT and
10   TAI SENG ENTERTAINMENT,                    No. C 10-05615 JSW

11              Plaintiffs,

12     v.                                       **ORDER SETTING BRIEFING
                                                SCHEDULE ON iTALK GLOBAL
13   HANYA STAR CULTURE &                       COMMUNICATIONS, INC.'S
     TECHNOLOGY CO., LTD. ET AL.,               MOTION TO DISMISS**

14
                Defendants.
15   _____/

16
          This matter is set for a hearing on April 8, 2011 on Defendant iTalk Global
17
     Communications, Inc.'s motion to dismiss.  The Court HEREBY ORDERS that an opposition
18
     to the motion shall be filed by no later than March 1, 2011 and a reply brief shall be filed by no
19
     later than March 8, 2011.
20
          If the Court determines that the matter is suitable for resolution without oral argument, it
21
     will so advise the parties in advance of the hearing date.  If the parties wish to modify this
22
     schedule, they may submit for the Court's consideration a stipulation and proposed order
23
     demonstrating good cause for any modification requested.
24
          **IT IS SO ORDERED.**
25
     Dated:  February 15, 2011                   _____
26                                               JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE
27

28