IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC. d/b/a CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT,<br><br>Plaintiffs,<br><br>v.<br><br>HANYA STAR CULTURE & TECHNOLOGY CO., LTD. ET AL.,<br><br>Defendants.<br>_____/ | No. C 10-05615 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON HANYA STAR CULTURE & TECHNOLOGY CO., LTD'S MOTION TO DISMISS** |

This matter is set for a hearing on April 8, 2011 on Defendant iTalk Global Communications, Inc.'s motion to dismiss. The Court has already ordered that an opposition to that motion be filed by no later than March 1, 2011 and a reply brief be filed by no later than March 8, 2011. Now the Court has received a motion to dismiss filed by Hanya Star Culture & Technology Co., Ltd. ("Hanya") set for the same day. Due to the Court's calendar, both motions are CONTINUED for hearing on April 22, 2011 at 9:00 a.m. An opposition to Hanya's motion to dismiss shall be filed by no later than March 4, 2011 and a reply brief by no later than March 11, 2011.

If the Court determines that these matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed

order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 18, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE