IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC. d/b/a CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT,<br><br>Plaintiffs,<br><br>v.<br><br>HANYA STAR CULTURE & TECHNOLOGY CO., LTD. ET AL.,<br><br>Defendants. | No. C 10-05615 JSW<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION RE BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS** |

This matter is set for a hearing on April 22, 2011 on both Defendant iTalk Global Communications, Inc.'s motion to dismiss and Defendant Hanya Star Culture and Technology Co., Ltd.'s motion to dismiss. The Court has twice ordered the briefing schedule in both motions and has now received a stipulation from the parties to continue the briefing schedule. Having failed to show good cause for the continuation, the stipulation is DENIED IN PART. However, the Court shall grant the parties' request to brief the motions simultaneously and shall grant a short extension to accommodate the delay in establishing a set briefing schedule.

Oppositions to both motions to dismiss shall be filed by no later than March 11, 2011 and a reply brief by no later than March 25, 2011.

If the Court determines that these matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed

order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 25, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE