1   RICHARD J. IDELL (SBN: 069033)
    ELIZABETH J. REST (SBN: 244756)
2   IDELL & SEITEL LLP
3   465 California Street, Suite 300
    San Francisco, CA 94104
4   Telephone: (415) 986-2400
    Facsimile: (415) 392-9259
5   Emails: ridell@idellseitel.com; erest@idellseitel.com

6
    Attorneys for Plaintiff U2 HOME ENTERTAINMENT, INC.
7

8   TOD L. GAMLEN (SBN: 83458)
    KEITH L. WURSTER (SBN: 198918)
9   BAKER & McKENZIE LLP
    660 Hansen Way
10  Palo Alto, CA 94304-1044
    Telephone: (650) 856-2400
11  Facsimile: (650) 856-9299
12  Emails: tod.gamlen@bakermckenzie.com;
    keith.wurster@bakermckenzie.com
13
14  Attorneys for Defendant
    iTALK GLOBAL COMMUNICATIONS, INC.
15

16  DARRYL M. WOO (SBN: 100513)
    LIWEN A. MAH (SBN: 239033)
17  FENWICK & WEST LLP
    555 California Street, 12th Floor
18  San Francisco, California 94104
    Telephone: (415) 875-2300
19  Facsimile: (415) 281-1350
20  Emails: dwoo@fenwick.com; lmah@fenwick.com

21  Attorneys for Defendant
    HANYA STAR CULTURE & TECHNOLOGY CO., LTD.
22

23              **UNITED STATES DISTRICT COURT**

24            **NORTHERN DISTRICT OF CALIFORNIA**

25                  **NORTHERN DIVISION**

26  U2 HOME ENTERTAINMENT, INC., a California )   Case No.: CV 10-05615 JSW
27  Corporation doing business as CENTURY HOME )
    ENTERTAINMENT and TAI SENG            )   **STIPULATION AND [PROPOSED]**
28  ENTERTAINMENT,                        )   **ORDER REGARDING: (1) FILING OF**

                              1

STIPULATION AND [PROPOSED] ORDER REGARDING: (1) FILING OF FIRST AMENDED COMPLAINT; AND, (2)
EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT
Case No.: CV 10-05615 JSW

| | |
|---|---|
| Plaintiff, | ) FIRST AMENDED COMPLAINT; AND, |
| | ) (2) EXTENDING TIME FOR |
| vs. | ) DEFENDANTS TO RESPOND TO FIRST |
| | ) AMENDED COMPLAINT |
| HANYA STAR CULTURE & TECHNOLOGY | ) |
| CO., LTD., a foreign corporation doing business in | ) Complaint Filed: December 10, 2010 |
| California, and doing business as HANYA STAR | ) |
| COMPANY, INC.; ITALK GLOBAL | ) Honorable Judge Jeffrey S. White, Presiding |
| COMMUNICATIONS, INC., a foreign corporation | ) |
| doing business in California, and doing business as | ) (E-filing) |
| ITALKBB; and DOES 1 through 100, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiff U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT ("U2" or "Plaintiff"), on the one hand, and Defendants HANYA STAR CULTURE & TECHNOLOGY CO., LTD. ("Hanya Star") and ITALK GLOBAL COMMUNICATIONS, INC. ("iTalk") (collectively, Hanya Star and iTalk may be referred to as "Defendants"), on the other hand, without waiver of any objection or defense, hereby agree and stipulate as set forth below.

## RECITALS

WHEREAS, Plaintiff filed its Complaint on December 10, 2010 ("Complaint"); and

WHEREAS, on February 14, 2011, iTalk filed a Motion to Dismiss the Complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim ("iTalk's Feb. 14 Rule 12(b)(6) Motion") (Doc. Nos. 19-22); and

WHEREAS, on February 18, 2011, Hanya Star filed a Motion to Dismiss the Complaint under Fed. R. Civ. P. 12(b)(5) for insufficient service and under Fed. R. Civ. P. 12(b)(6) for failure to state a claim (such motions are referred to as "Hanya Star's Feb. 18 Rule 12(b)(5) Motion" and/or "Hanya Star's Feb. 18  Rule 12(b)(6) Motion" as the case may be) (Doc. Nos. 24-26); and

WHEREAS, on February 18 and 25, 2011, the Court issued two Orders setting the Briefing

STIPULATION AND [PROPOSED] ORDER REGARDING: (1) FILING OF FIRST AMENDED COMPLAINT; AND, (2) EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT
Case No.: CV 10-05615 JSW

1    Schedule (Doc. Nos. 27 and 29), which scheduled the hearings on both of the Motions to Dismiss for

2    April 22, 2011, at 9:00 a.m.; and

3        WHEREAS, on March 11, 2011, in response to the Motions to Dismiss filed by Defendants,

4    Plaintiff filed: (1) a First Amended Complaint ("FAC") (Doc. No. 33); (2) an Opposition to iTalk's Feb.

5    14 Rule 12(b)(6) Motion (Doc. No. 32) asking the Court to order such Motion moot in light of the filing

6    of the FAC; (3) an Opposition to Hanya Star's Feb. 18 Rule 12(b)(5) and 12(b)(6) Motion (Doc. No.

7    36) opposing that part of Hanya Star's Motion to Dismiss asserting insufficient service of process, and

8    asking the Court to order the remainder of such Motion moot in light of the filing of the FAC; and (4)

9    supporting declarations and proposed orders regarding the aforementioned (Doc. No. 36); and

10       WHEREAS, Hanya Star contends that other than the filing of Hanya Star's Feb. 18 Rule

11   12(b)(5) Motion and 12(b)(6) Motion and stipulations, Hanya Star has not appeared in this action and

12   waives no objection or defense relating to service and jurisdiction; and

13       WHEREAS, the parties dispute whether the FAC was filed timely and/or whether the FAC

14   states valid claims for which relief can be granted and/or whether the FAC addresses the issues raised in

15   the Defendants' respective 12(b)(6) Motions to Dismiss referred to above; and

16       WHEREAS, the parties recognize that, absent a stipulation of the type set forth below, resolving

17   the issue of the timeliness of the filing of the FAC would involve time and expense for the parties and

18   the Court. and

19       WHEREAS, if the FAC were deemed to be timely filed on March 11, 2011, the response of

20   each Defendant would be due on March 25, 2011, absent a stipulation extending such time; and,

21       WHEREAS the parties recognize that by entering into this Stipulation: (a) each Defendant is (i)

22   reserving all of its rights, claims and defenses; (ii) preserving all rights to challenge the FAC, (iii)

23   preserving all rights relating to the sufficiency or propriety of the FAC, and is (iv) not waiving any

24   argument that the FAC fails to state a claim or is otherwise improper or insufficient; and, (b) that

25   Plaintiff contends that the FAC does properly address the issues raised by the Motions to Dismiss and

26   further contends that the FAC does state valid claims for which relief can be granted; and Plaintiff is

27   reserving all of its rights, claims and defenses; and

28       WHEREAS, in order to allow the parties to resolve the issue of the timeliness of the filing of the

STIPULATION AND [PROPOSED] ORDER REGARDING: (1) FILING OF FIRST AMENDED COMPLAINT; AND, (2)
EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT
Case No.: CV 10-05615 JSW

1   FAC and to allow Defendants sufficient time to evaluate the FAC and respond thereto, the parties are

2   entering into the following Stipulation.

### STIPULATION

4   NOW THEREFORE, Plaintiff and Defendants, by and through their respective undersigned

5   counsel, hereby agree and stipulate as follows:

6   1.      The First Amended Complaint filed on March 11, 2011, that is, the FAC referred to

7   above, will be deemed to be the operative complaint in this action, and Defendants consent to the filing

8   of the FAC and stipulate that the FAC can be deemed timely filed, Defendants reserving all rights as set

9   forth herein; and

10   2.      Each Defendant shall have up to and including April 8, 2011, to respond to the FAC,

11   whether by motion, answer or otherwise; and

12   3.      If the response of either Defendant to the FAC is a motion, whether a Motion to Dismiss

13   the FAC (or any portion thereof) or otherwise, such Defendant(s) shall notice the hearing on any such

14   Motion for May 13, 2011, or as soon thereafter as the Court's schedule permits; and

15   4.      iTalk shall withdraw Talk's Feb. 14 Rule 12(b)(6) Motion to Dismiss the original

16   Complaint, without prejudice to, and reserving, (i) any and all of its rights, claims and defenses; (ii) all

17   rights to challenge the FAC, (iii) all rights relating to the sufficiency of the FAC, and is (iv) any and all

18   arguments that the FAC fails to state a claim or is otherwise improper or insufficient; and,

19   5.      Hanya Star shall withdraw Hanya Star's  Feb. 18 Rule 12(b)(6) Motion to Dismiss the

20   original Complaint, without prejudice to, and reserving, (i) any and all of its rights, claims and defenses;

21   (ii) all rights to challenge the FAC, (iii) all rights relating to the sufficiency of the FAC, and is (iv) any

22   and all arguments that the FAC fails to state a claim or is otherwise improper or insufficient; and,

23   //

24   //

25   //

26   //

27   //

28   //

STIPULATION AND [PROPOSED] ORDER REGARDING: (1) FILING OF FIRST AMENDED COMPLAINT; AND, (2)
EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT
Case No.: CV 10-05615 JSW

6.       Hanya Star's Feb. 18 Rule 12(b)(5) Motion to Dismiss for insufficient service remains pending and all currently scheduled dates relating to such motion, including the March 25, 2011, date for the filing of Hanya Star's reply and the scheduled hearing on April 22, 2011, at 9:00 a.m., shall remain in effect.

SO STIPULATED.

IDELL & SEITEL LLP

Dated: March 22, 2011          By:      _/Richard J. Idell/_
                                                     Richard J. Idell
                                                     Attorneys for Plaintiff U2 HOME ENTERTAINMENT, INC.

Dated: March 22, 2011          BAKER & McKENZIE LLP

                                         By:      /Tod L. Gamlen/
                                                     Tod L. Gamlen
                                                     Attorneys for Defendant
                                                     iTALK GLOBAL COMMUNICATIONS, INC.

Dated: March 22, 2011          FENWICK & WEST LLP

                                         By:      /Liwen A. Mah/
                                                     Liwen A. Mah
                                                     Attorneys for Defendant
                                                     HANYA STAR CULTURE & TECHNOLOGY CO., LTD.

## ATTESTATION OF CONCURRENCE

I, Richard J. Idell, attest that I am one of the attorneys for Plaintiff U2 Home Entertainment, Inc., and as the ECF user and filer of this document, I attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Tod L. Gamlen and Liwen Mah, the above signatories.

Dated: March 22, 2011          By:      /Richard J. Idell/
                                                     Richard J. Idell

//

//

5

STIPULATION AND [PROPOSED] ORDER REGARDING: (1) FILING OF FIRST AMENDED COMPLAINT; AND, (2) EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT
Case No.: CV 10-05615 JSW

1

**[PROPOSED] ORDER**

2       THE ABOVE STIPULATION IS ADOPTED BY THE COURT AND PURSUANT TO SUCH

3  STIPULATION, IT IS HEREBY ORDERED that:

4       1.      The First Amended Complaint ("FAC") filed on March 11, 2011, supersedes the

5  Complaint, is the operative pleading in this matter, and will be deemed timely filed; and

6       2.      Defendants shall have up to and including April 8, 2011, to file a response to the FAC,

7  whether by motion, answer or otherwise; and

8       3.      If the response of either Defendant to the FAC is a motion, whether a Motion to Dismiss

9  the FAC (or any portion thereof) or otherwise, such Defendant  shall notice the hearing on any such

10 Motion for ~~May 13, 2011, or as soon thereafter as the Court's schedule permits~~ June 3, 2011 at 9:00 a.m.; and

11      4.      The motion to dismiss for insufficient service filed by Hanya Star on February 18, 2011,

12 pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure remains pending and all currently

13 scheduled dates relating to such motion, including the March 25, 2011, date for the filing of Hanya

14 Star's reply and the scheduled hearing on April 22, 2011, at 9:00 a.m., shall remain in effect.

15      **IT IS SO ORDERED.**

16

17 Dated: March 23, 2011 _____          _____

18                                          Hon. Jeffrey S. White
                                            Judge of the United States District Court
19                                          Northern District of California

20

21

22

23

24

25

26

27

28

6