IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC. d/b/a CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT,<br><br>Plaintiffs,<br><br>v.<br><br>HANYA STAR CULTURE & TECHNOLOGY CO., LTD. ET AL.,<br><br>Defendants.<br>_____/ | No. C 10-05615 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON iTALK'S MOTION TO DISMISS** |

This matter is set for a hearing on June 3, 2011 on Defendant iTalk Global Communications, Inc.'s motion to dismiss. An opposition to iTalk's motion to dismiss shall be filed by no later than April 25, 2011 and a reply brief by no later than May 2, 2011.

If the Court determines that these matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 11, 2011

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE