IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC. d/b/a/ CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HANYA STAR CULTURE & TECHNOLOGY CO., LTD. ET AL.,<br><br>　　　　Defendants. | No. C 10-05615 JSW<br><br>**ORDER REQUIRING RESPONSE RE SERVICE UPON HANYA STAR** |

By order dated April 7, 2011, this Court quashed Plaintiff's attempted service on Defendant Hanya Star Culture & Technology Co., Ltd. ("Hanya") and required proper service. By this order, the Court ORDERS Plaintiff to respond in writing by no later than May 31, 2011 the status of its service on Defendant Hanya Star.

**IT IS SO ORDERED.**

Dated: May 27, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE